IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>$28,460.00 IN UNITED STATES CURRENCY,<br><br>    Defendant,<br>and<br><br>LACY ANTHONY,<br><br>    Claimant. | 8:17CV413<br><br>**ORDER** |

  **IT IS ORDERED**:

1) The parties' Settlement Stipulation pertaining to resolution of this case ([Filing No. 18](#)) is approved.

2) By Order dated October 27, 2017 ([Filing No. 6](#)), the United States published notice of its intent to dispose of the Defendant property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on December 26, 2017 ([Filing No. 11](#)). The parties have advised the Court no other Claim or Answer has been filed in this case, other than by Lacy Anthony; after reviewing the record, the Court finds that is true.

3) Two thousand eight hundred forty-six dollars of the Defendant property shall be returned to the Claimant, Lacy Anthony. Payment will be tendered to the trust account of the Claimant's attorney, Jacek W. Lentz.

4) The remaining Defendant property, *viz.*, $25,614.00, shall be forfeited to the United States, with all right, title and interest in or to such property held by any person or entity forever barred and foreclosed. The U.S. Customs and Border Protection shall dispose of said $25,614.00 in accordance with the law.

5) Plaintiff and Claimant shall pay their own costs and attorney's fees associated with this lawsuit.

6) On or before **September 21, 2018**, Claimant's counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

DATED this 21st day of June, 2018.

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**